**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

ALEJANDRO E. ESTRADA-SANCHEZ,                       )
                                                    )
                                                    )
          Petitioner,            )
                                                    )   NO. CIV-26-0504-HE
-vs-                                                )
                                                    )
WARDEN OF CIMARRON                                  )
DETENTION CENTER, et al.,                           )
                                                    )
          Respondents.           )

## JUDGMENT

In accordance with the order entered this date and the conditions stated therein, the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 16th  day of April, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE